UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPAN VARTANIAN, an individual, | ) | Case No.  CV 12-459 CAS (AGRx) |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATION TO DISMISS ENTIRE |
| vs. | ) | ACTION WITH PREJUDICE |
| | ) | |
| PHILLIPS AND COHEN | ) | |
| ASSOCIATES, LTD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Defendant Phillips & Cohen Associates, Ltd. and Plaintiff Stepan Vartanian, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: September 18, 2012

_
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE